**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000695
28-MAY-2026
08:15 AM
Dkt. 267 ODMR**

NO. CAAP-23-0000695
(Consolidated with No. CAAP-24-0000314)


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


RONDA BESELT, Plaintiff-Appellant,
v.
WALDORF=ASTORIA MANAGEMENT LLC,
a foreign limited liability company,
Defendant/Cross-claim Defendant-Appellee, and
DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Defendant/Cross-claimant-Appellee, and
JOHN DOES 1-5; JANE DOES 1-5; ROE CORPORATIONS 1-5;
ROE NON-PROFIT CORPORATIONS 1-5; and
ROE GOVERNMENTAL AGENCIES 1-5, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC161000597)


ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Plaintiff-Appellant Ronda Melnychuk-**Beselt**'s May 21, 2026 Motion for Reconsideration, the papers in support, and the record, it appears Beselt has not shown a point of law or fact this court overlooked or

misapprehended in the May 11, 2026 Order.  <u>See</u> Hawai'i Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, May 28, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge